## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

CRIMINAL NO.:     5:12-CR-50060-001          USA v. DAISY PEREZ

COURT PERSONNEL:                             APPEARANCES:

Judge:     TIMOTHY L. BROOKS                 Govt.: MARK WEBB

Clerk:  GAIL GARNER                          Deft.:  JACK SCHISLER

Reporter:  DANA HAYDEN

## SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.

- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.

- (X) Inquiry made that defendant is satisfied with counsel.

- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.

- (X) Presentence investigation report reviewed in open court.

- (X) Government moves for downward departure pursuant to 5K1.1 - granted and 4-level departure awarded.

- (X) Court expresses final approval of plea agreement.

- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.

- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.

- (X) Attorney for government afforded opportunity to make statement to court.

Criminal No.:   5:12-CR-50060-001

(X) Court varies downward and proceeded to impose sentence as follows:

120 days imprisonment with 115 days served on home confinement with electronic monitoring; 18 months supervised release; $129,643.89 restitution, joint and several - interest waived; no fine imposed.

(X) Defendant ordered to comply with standard conditions of supervised release.

(X) Defendant ordered to comply with the following special conditions of supervised release:

1. Until the financial penalties are paid in full, defendant shall not incur any new debt nor establish any bank or credit accounts unless receiving prior approval from the probation officer, and will make any information concerning financial status available to the probation officer upon request. This condition will remain in effect until such time as the financial penalties that the Court imposed have been paid in full.

2. While on supervised release, if the defendant is self-employed or employed by what the probation office considers a small, closely held company or corporation, the defendant shall not be permitted to submit third party financial information on an application to a financial institution or other lender for financing. The defendant shall not be employed in a position where he is tasked with the responsibility of filling out a consumer's information onto financial forms that are to be submitted to a financial institution or other lender for financing. In order to enforce this provision, the defendant must provide an explanation to the probation officer as to the nature and tasks of his future employment and must provide access for verification.

(X) Defendant ordered to pay total special assessment of $100.00, which shall be due immediately.

(X) Defendant advised of appeal rights.

(X) Defendant allowed to remain on bond and report as set forth in J&C to be entered.

DATE: August 28, 2014                    Proceeding began: 9:10 am

                                                                    ended: 11:27 am